**134**

**STATE of Missouri, Respondent,**

v.

**Cynthia PITTS, Appellant.**

**No. 65557.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 26, 1995.

Mary J. Lake, Hillsboro, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci
J. Sanders, Asst. Atty. Gen., Jefferson City,
for respondent.

Before CRANE, P.J., and CRANDALL
and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant, Cynthia Pitts, appeals after a
jury convicted her on two counts of possession of a controlled substance in violation of
§ 195.202, RSMo Supp.1993, and the trial
court sentenced her to six months in the
county jail on Count I and one year in the
county jail on Count II. We affirm.

Further, we find no jurisprudential purpose would be served by a written opinion
and affirm by summary order. Rule
30.25(b). A memorandum setting forth the
reasons for our decision has been issued to
the parties for their use only.

---

**STATE AUTO INSURANCE
CO., Respondent,**

v.

**Shahrokh & Angela GOLI, Appellants.**

**No. 65998.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 28, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 26, 1995.

Application to Transfer Denied
May 30, 1995.

Anthony Cipriano, Cipriano & Hackmann,
Richmond Heights, for appellants.

Robert William Cockerham, Brown &
James, St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and
KAROHL, JJ.

*ORDER*

PER CURIAM.

Insured, Shahrokh and Angela Goli, appeal
from a default judgment rendered in favor of
insurer, State Auto Insurance Company,
voiding coverage under an insurance policy in
its declaratory judgment action to declare
the rights of the parties under the policy on
insured's apartment building which was destroyed by fire. Insurer filed a motion to
dismiss the appeal and for sanctions.

We affirm the judgment pursuant to Rule
84.16(b), thereby denying insurer's motion to
dismiss and for sanctions. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the
parties involved, has been provided explaining the reasons for our holding.